■ KAREN MARKS, Respondent, v MICHAEL ALONSO, Appellant. (Appeal No. 2.) [999 NYS2d 916]—Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), entered November 26, 2013. The order denied the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Marks v Alonso* ([appeal No. 1] 125 AD3d 1475 [2015]). Present—Centra, J.P., Peradotto, Lindley, Sconiers and DeJoseph, JJ.